JUL 21 2021 PM2:08
FILED - USDC - BPT - CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Dongmei Li, Plaintiff

V.

St. Vincent's Medical Center, Defendant

Case No. 3:21 cv 996 (VAB)
[Put case number here]

CONSENT TO ELECTRONIC NOTICE
BY SELF-REPRESENTED LITIGANT

A. [Complete the first line for electronic notification from the court]

I, Dongmei Li hereby consent to the court
(name of self-represented litigant)
using my email address, as listed below, for the purpose of sending me notification of orders and notices issued by the court.

B. [Complete the second line for electronic service from opposing counsel; DO NOT COMPLETE THIS LINE IF YOU WANT OPPOSING COUNSEL TO SEND PAPERS BY REGULAR MAIL]

I, ______________________ hereby consent to opposing
(name of self-represented litigant)
counsel using my email address, as listed below, for the purpose of sending me papers filed with the court.

In the event I change my email provider or discontinue my email service, I will notify the court immediately of the address change so my court records may be updated.

Dongmei Li
Name of Self-represented Litigant

4539 Black Rock Tpke
Street Address

Fairfield CT 06824
City, State, Zip Code

203-993-0701
Telephone

li_dongmei2004@yahoo.com
Email Address

7/21/2021
Date

[signature]
Signature

Certificate of Service

I hereby certify that on ____________ [date], a copy of the foregoing “Motion by Self-represented Litigant to Participate in Electronic Filing” was filed and served by mail on the following: [insert name and address of every person served].

______________________________________
Signature of Self-represented Litigant